UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    EDCV 16-01571 CAS (SS)                    Date: August 5, 2016
                                                       Page 1 of 1

Title:    Leonard Joseph Rangel v. Josuah Gile, et al.

DOCKET ENTRY: **ORDER TO SHOW CAUSE WHY REQUEST TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED FOR INADEQUATE SHOWING OF INDIGENCY**

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On July 19, 2016, Plaintiff Leonard Joseph Rangel filed a pro se complaint alleging civil rights violations. However, Plaintiff neither paid the required filing fee nor filed the proper application and declaration in support of in forma pauperis ("IFP") status. Accordingly, Plaintiff is ORDERED to file a response to this Order To Show Cause within seven days of the date of this Order, clarifying whether he seeks to proceed IFP or intends to pay the filing fee. If Plaintiff intends to proceed IFP, then he must submit the proper application and declaration with his response. The forms for proceeding IFP are available on the Court's website at www.cacd.uscourts.gov.  IT IS SO ORDERED

MINUTES FORM                                                                 00:00
CIVIL-GEN                                                 Initials of Deputy Clerk  mr